UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EUGENIO PENA,<br><br>     Petitioner,<br><br>vs.<br><br>MARION SPEARMAN, Warden,<br><br>     Respondent. | Case No: C 13-3983 SBA (PR)<br><br>**JUDGMENT** |

   For the reasons discussed in the Court's Order Granting Respondent's Motion to Dismiss; and Denying Certificate of Appealability, a judgment dismissing the petition without prejudice is hereby entered. The Clerk of the Court shall close the file.

   IT IS SO ORDERED.
Dated: February 2, 2015

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.13\Pena3983.jud.docx